KATHLEEN BLISS
Nevada Bar No. 7606
JASON HICKS
Nevada Bar No. 13149
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

Attorneys for the defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case no. 2:14-cr-338-JAD-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE MOTIONS DEADLINE** |
| vs. | |
| MAHESH KUTHURU, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the United States of America, by and through Assistant United States Attorney Crane Pomerantz of the United States Attorney's Office for the District of Nevada, and defendant Mahesh Kuthuru, by and through Kathleen Bliss, Esq. and Jason Hicks, Esq. of the law firm of Lewis Brisbois Bisgaard & Smith, that the May 14, 2015, deadline for filing motions be continued for 45 days based on the following:

1. Defense counsel was recently approved for conversion to CJA appointed counsel on April 7, 2015.
2. Defendant thereafter filed a motion for dispersal of CJA funding for a medical expert, which remains pending before the Court.
3. The forthcoming opinion of the defense medical expert raises the potential for pretrial motions.
4. Defense expert has not yet reviewed the discovery in this matter as he is awaiting

4813-7908-2531.1

approval of CJA funding.

5. The deadline for filing motions is currently May 14, 2015. The defendant will require additional time in which to file any pretrial motions pending his expert's review of the discovery.

6. Trial is currently set in this matter for July 14, 2015, and extension of the motions deadline by 45 days will not affect the trial date.

7. This stipulation is not being submitted for the purposes of delay.

DATED: May 11, 2015.

By: /s/ *Kathleen Bliss*
KATHLEEN BLISS
Attorney for Mahesh Kuthuru

By: /s/ *Crane Pomerantz*
CRANE POMERANTZ
Attorney for the government

Based upon the stipulation of counsel, and good cause appearing:

**IT IS HEREBY ORDERED** that the deadline for filing motions is reset for **June 14, 2015**. The Court finds that a 45-day extension will not permit sufficient time to consider motions before the July 14, 2015, trial date. Accordingly, the Court grants the stipulation in part and extends the deadline for pretrial motions by 30 days only.

Dated: May 12, 2015.

_____
The Honorable Jennifer A. Dorsey
United States District Judge

4813-7908-2531.1                                       2